UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HAMID RAZI, an individual,

    Plaintiff,

v.                                                                       Case No.  5:12-cv-80-Oc-MMH-TBS

REZA RAZAVI, an individual; HOSSEIN
RAZAVI, an individual; RAZBRO REAL
ESTATE INVESTMENTS, INC., a Florida
Corporation; RAZBRO CORPORATION, a
Florida Corporation, and PAUL H. NESSLER,
JR., an individual,

    Defendants.
_____

ORDER

      This matter is before the Court sua sponte.  A review of the record reveals that the above-captioned case was transferred from the United States District Court for the Central District of California on February 7, 2012 and received in the United States District Court for the Middle District of Florida, Ocala Division on February 9, 2012. (Docs. 24-25)  The Clerk has brought to the Court's attention that several of the attorneys of record in this case are not members of the bar of the Middle District of Florida.

      Upon consideration of the foregoing, it is hereby ORDERED that any attorney of record in this case not admitted to practice in the Middle District of Florida shall have up to and including fourteen (14) days from the date of this Order to seek general admission to this Court pursuant to M.D. Fla. R. 2.01, or special admission to practice pursuant to M.D. Fla. R. 2.02.  If said attorneys are not admitted to practice in this

federal district within the time allotted, the Clerk shall remove these attorneys as counsels of record.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 13. 2012.

                                                    THOMAS B. SMITH
                                                    United States Magistrate Judge

Copies to all Counsel